COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CRYSTAL HENDREN, | § | No. 08-24-00130-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | County Court at Law No. 5 |
| GABRIEL LAZAR, | | |
| | § | of El Paso County, Texas |
| Appellee. | | |
| | § | (TC# 2020-DCV-3449) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for lack of interlocutory jurisdiction. We therefore dismiss the appeal for lack of interlocutory jurisdiction. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 10th day of March 2025.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.